UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

MINDESSA GRACE,

        **Plaintiff,**

vs.                                       **CASE NO.:**

BAPTIST HEALTH SYSTEM, INC., a
Florida Not For Profit Corporation,

           **Defendant.**           /

## COMPLAINT AND DEMAND FOR JURY TRIAL

Plaintiff, MINDESSA GRACE, by and through the undersigned attorney, sues the Defendant, BAPTIST HEALTH SYSTEM, INC., a Florida Not For Profit Corporation, and alleges:

1.      Plaintiff, MINDESSA GRACE, was an employee of Defendant and brings this action for unpaid overtime compensation, liquidated damages, and all other applicable relief under the Fair Labor Standards Act, as amended, 29 U.S.C. § 216(b) ("FLSA").

## GENERAL ALLEGATIONS

2.      Plaintiff, MINDESSA GRACE was an employee who worked at Defendant's property within the last three years in Duval County, Florida.

3.      Plaintiff, MINDESSA GRACE, worked for Defendants as an hourly paid employee at an hourly rate of $34.00 per hour.

4.      Plaintiff, MINDESSA GRACE, worked as an Assistant Nurse Manager/Oncology Nurse for Defendant.

5.      At all times material to this cause of action, Plaintiff, MINDESSA GRACE, was a non-exempt employee and therefore entitled to overtime wages for any and all overtime hours

worked.

6.      Defendant, BAPTIST HEALTH SYSTEM, INC., is a Florida Not For Profit Corporation that operates and conducts business in Duval County, Florida and is therefore, within the jurisdiction of this Court.

7.      According to their website, Defendant, BAPTIST HEALTH SYSTEM, INC., operates as a hospital offering services for behavioral health, cancer treatment, heart & vascular, orthopedics, pregnancy and childbirth and various other health related services. See www.BaptistJax.com

8.      This action is brought under the FLSA to recover from Defendant overtime compensation, liquidated damages, and reasonable attorneys' fees and costs.

9.      This Court has jurisdiction over Plaintiff's claims pursuant to 28 U.S.C. §1331 and the FLSA.

10.     During Plaintiff's employment with Defendants, Defendant, BAPTIST HEALTH SYSTEM, INC., earned more than $500,000.00 per year in gross revenue.

11.     Defendant, BAPTIST HEALTH SYSTEM, INC., employed in excess of fifty (50) employees and paid these employees plus earned a profit from their business.

12.     During Plaintiff's employment, Defendant, BAPTIST HEALTH SYSTEM, INC., employed at least two employees who handled goods, materials and supplies which travelled in interstate commerce such as syringes, cotton swabs, stethoscopes, medical tape, gauze, medical masks and other medical equipment, computers, and other tools/materials used to run the business.

13.     Therefore, at all material times relevant to this action, Defendant, BAPTIST HEALTH SYSTEM, INC., was an enterprise covered by the FLSA, and as defined by 29 U.S.C. §203(r) and 203(s).

14.     Additionally, Plaintiff, MINDESSA GRACE, is/was individually covered under the FLSA.

## FLSA VIOLATIONS

15.     At all times relevant to this action, Defendant failed to comply with the FLSA because Plaintiff performed services for Defendant for which no provisions were made by Defendant to properly pay Plaintiff for all overtime hours worked.

16.     During her employment with Defendant, Plaintiff was not paid time and one-half her regular rate of pay for all hours worked in excess of forty (40) per work week during one or more work weeks.

17.     Specifically, Plaintiff's routinely was made to work beyond her scheduled shift while off the clock without any additional compensation.

18.     Plaintiff estimates that she regularly worked between twenty-five (25) to forty (40) hours of overtime off the clock during her employment with Defendant.

19.     Though Plaintiff did receive some overtime compensation, Defendant failed to compensate Plaintiff for all her overtime hours worked.

20.     Plaintiff is entitled to her full time and one-half rate of $51.00 per overtime hour for each overtime hour worked during her employment with Defendant. ($34.00 x 1.5 = $51.00).

21.     Based upon these above policies, Defendant has violated the FLSA by failing to pay complete overtime pay.

22.     Upon information and belief, the records, to the extent any exist, concerning the number of hours worked and amounts paid to Plaintiff are in the possession and custody of Defendant.

## COUNT I - RECOVERY OF OVERTIME COMPENSATION

23.     Plaintiff reincorporates and readopts all allegations contained within Paragraphs 1-22 above as though stated fully herein.

24.     Plaintiff is/was entitled to be paid time and one-half her regular rate of pay for each hour worked in excess of forty (40) per work week.

25.     During her employment with Defendant, Plaintiff worked overtime hours but was not paid time and one-half compensation for same.

26.     Plaintiff was not paid for all overtime hours worked due to being required to work overtime off the clock.

27.     Defendant has failed provide accurate overtime compensation for numerous pay periods.

28.     Defendant did not have a good faith basis for their decision not to pay Plaintiff full overtime compensation.

29.     As a result of Defendant's intentional, willful and unlawful acts in refusing to pay Plaintiff time and one-half her regular rate of pay for each hour worked in excess of forty (40) per work week in one or more work week, Plaintiff has suffered damages plus incurring reasonable attorneys' fees and costs.

30.     As a result of Defendant's willful violation of the FLSA, Plaintiff is entitled to liquidated damages.

31.     Plaintiff demands a trial by jury.

WHEREFORE, Plaintiff, MINDESSA GRACE demands judgment against Defendant for unpaid overtime compensation, liquidated damages, reasonable attorneys' fees and costs incurred in this action, declaratory relief, and any and all further relief that this Court determines to be just and

appropriate.

Dated this 7th day of December, 2020

/s/ **MATTHEW R. GUNTER**
Matthew R. Gunter, Esq.
FBN 0077459
Morgan & Morgan, P.A.
20 N. Orange Ave., 16th Floor
P.O. Box 4979
Orlando, FL 32802-4979
Telephone:     (407) 236-0946
Facsimile:     (407) 867-4791
Email: mgunter@forthepeople.com
Attorneys for Plaintiff

5